6

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

John Magill, Sr. §
§
§
versus §    CIVIL ACTION 98-164
§
§
Ford Motor Company, et al §

## Order Resetting Conference

The pretrial conference set (initial) 3-18-99, has been reset to:

3-17-99,

at 12:15 p.m.

Signed on February 2, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
updateddl.