IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 18 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN MAGILL, SR., ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-164 |
| | § | |
| FORD MOTOR COMPANY AND TRW, INC. | § | |

### CONSENT TO EXERCISE OF JURISDICTION BY A
### UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Joseph A. Rodriguez J.A.R. | Ford Motor Co. | 3/17/99 |
| David R. Tippett | TRW Inc. | 3/17/99 |
| Phillip J. Stein | John Magill Sr., et al. | 3/17/99 |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

March 17, 1999
Date

Hilda G. Tagle
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.