9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 1 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN MAGILL, SR., ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-164 |
| | § | |
| FORD MOTOR COMPANY, ET AL. | § | |

TYPE OF CASE:        __X__ CIVIL                                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS AND SCHEDULING CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JANUARY 18, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     DECEMBER 9, 1999

TO:       MR. PHILIP J. STEIN
          MR. EDUARDO RODRIGUEZ
          MR. DAVID WEINSTEIN