11

United States District Court
Southern District of Texas
ENTERED

JAN 20 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN MAGILL, SR., ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-164 |
| | § | |
| FORD MOTOR COMPANY, ET AL. | § | |

## ORDER

On this day came on to be considered the **scheduling conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) Plaintiffs are to furnish expert names and reports by **June 30, 2000**.

(2) Defendants are to furnish expert names and reports by **July 31, 2000.**

(3) All discovery in this case must be completed by **August 31, 2000.** If additional time is required, a motion requesting such extension must be filed no later than **August 18, 2000.** Failure to file such motion shall preclude further discovery.

(4) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(5) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **September 15, 2000.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(6) A final pretrial and settlement conference is set for **September 15, 2000 at 1:30 P.M.**

(7)   Jury selection is set for **October 6, 2000 at 8:30 A.M.** before Magistrate Judge John Wm. Black .

(8)   Trial on the merits is set for **October 10, 2000 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 18th day of January 2000.

John Wm. Black
**United States Magistrate Judge**