*13*

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOHN MAGILL, SR. and BERTHA MAGILL, Individually and As Next Friend of PETE MAGILL, a Minor | * * * * |
| | CIVIL ACTION NO. B-98-164 |
| VS. | * * |
| FORD MOTOR COMPANY and TRW INC. | * * |

## ORDER APPOINTING GUARDIAN AD LITEM

BE IT REMEMBERED that on the 3 day of AUGUST, 2000, the Agreed Motion for Appointment of Guardian ad Litem came on for consideration by the Court, and the Court being of the opinion that a Guardian ad Litem should be appointed to represent the minor, Pete Magill; it is accordingly,

ORDERED that the Honorable John Jopling, an attorney licensed to practice in the State of Texas, be appointed Guardian ad Litem to represent the interests of the minor, Pete Magill, and none other.

SIGNED this the 3RD day of AUGUST, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

Copies to:

J.A. Rodriguez
P. Stein
D. Weinstein
Guardian Ad Litem

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## UNITED STATES COURTHOUSE
## 600 E. HARRISON STREET, #204
## BROWNSVILLE, TEXAS 78520

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

August 3, 2000

Mr. John Jordan
436 Paredes Line Road
Brownsville, TX 78521

      Re:    C. A. No. B-98-164
              John Magill, Sr., et al. vs. Ford Motor Company, et al.

Dear Mr. Jordan:

    I have appointed you guardian ad litem to represent the interests of Pete Magill, a minor who has made claims in the above case.

    Please keep a record of your time and expenses, since my determination of an ad litem fee will be based in a large part on those factors.

    This case has been settled.

Very truly yours,

John Wm. Black
United States Magistrate Judge

JWB:pt

xc:    Mr. Eduardo R. Rodriguez/Mr. Joseph A. Rodriguez
        Mr. Philip J. Stein
        Mr. David Weinstein/Mr. David R. Tippetts