*14*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOHN MAGILL, SR., ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-164 |
| § | |
| FORD MOTOR COMPANY, ET AL. § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**FRIENDLY SUIT HEARING**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 7, 2000 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 29, 2000

TO:    MR. PHILIP J. STEIN
       MR. EDUARDO RODRIGUEZ
       MR. JOSEPH A. RODRIGUEZ
       MR. DAVID WEINSTEIN
       MR. JOHN JORDAN