IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 02 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOHN MAGILL, SR. and BERTHA MAGILL, Individually and As Next Friend of PETE MAGILL, a Minor § § § § | |
| VS. § § | CIVIL ACTION NO. B-98-164 |
| FORD MOTOR COMPANY and TRW INC. § § | |

## FINAL JUDGMENT

**BE IT REMEMBERED** that on the 7 of SEPT., 2000, came on for hearing the above-styled and numbered cause, wherein, Plaintiffs, Bertha Magill, Individually and As Next Friend of Pete Magill, a Minor and FORD MOTOR COMPANY and TRW, INC. are Defendants.

**WHEREUPON** the Parties came in person and by and through their attorneys of record; and the Court having proceeded to hear such cause when the Parties made known to the Court that, subject to the approval of the Court, a compromise and settlement has been reached in this cause as to any and all issues, claims, demands, or causes of action existing between all the Plaintiffs. The Minor involved, herein represented by Guardian Ad Litem, John Jordan, is to be paid Five Hundred Dollars and No Cents ($500.00) Dollars from the settlement award, having had expenses and attorneys fees deducted from monies paid to Bertha Magill.

The Court has heretofore appointed John Jordan, a licensed practicing attorney for Cameron County, Texas, as Guardian Ad Litem to represent the interest of the Minor. The Guardian Ad Litem of said Minor having been apprised of all matters of fact concerning the controversy and agreement and

settlement thereof, and the agreement having been made known to the Court, whereupon, after having the pleadings read in this case, the Court thereupon called for evidence touching upon such compromise settlement and agreement; and it was announced that said compromise settlement was being made on a doubtful and disputed claim, the said Defendants having denied any liability, as well as the full nature and extent of all damages sustained by the minor and the Guardian Ad Litem appointed herein, informing the Court that such agreement of settlement is in the best interest of the Minor and the Court considering that the terms of the settlement agreement are in all respects reasonable, the Court does hereby approve the same and enter its Judgment based on such evidence. It is therefore,

**ORDERED, ADJUDGED AND DECREED** by the Court that the Minor, PETE MAGILL, have and recover of and from the Defendants the total sum of $500.00 to be made payable to Bertha Magill, as next friend of Pete Magill, and Phillip J. Stein. The Court, having appointed John Jordan, as Guardian Ad Litem for the Minor herein, finds that the sum of $350.00 shall be paid to him/her as the fee for his/her representation; it is, therefore,

**IT IS FURTHER, ORDERED, ADJUDGED AND DECREED** that the Defendants shall pay the Guardian Ad Litem fees;

**IT IS FURTHER, ORDERED, ADJUDGED AND DECREED** by the Court that this Judgment is fully and finally satisfied and discharged and no execution will ever issue thereon;

**IT IS FURTHER, ORDERED, ADJUDGED AND DECREED** that all claims against Ford Motor Company, Defendant, be dismissed with prejudice in their entirety.

Any relief not herein granted against Defendants is hereby specifically DENIED.

SIGNED this the 29th day of September, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

AGREED AND APPROVED:

LAW OFFICES OF PHILLIP J. STEIN, P.C.
302 King's Highway, Suite 205
Brownsville, Texas 78521
(956) 541-9243 Telephone
(956) 541-9244 Fax

_____
Phillip J. Stein
State Bar No. 19129600
Federal I.D. No. 24943
Attorney for Plaintiffs

LAW FIRM OF FRANK PEREZ & ASSOCIATES
436 Paredes Line Road
Brownsville, Texas 78521
(956) 504-5403
(956) 504-5991

_____
John Jordan
State Bar No. 00796852
Federal I.D. No. 21304
ATTORNEY AD LITEM FOR
MINOR PLAINTIFF PETE MAGILL

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
(956) 542-7441
Fax (956) 541-2170

By: _____
    Joseph A. (Tony) Rodriguez
    State Bar No. 17146600
    Federal I.D. No. 10107

ATTORNEY FOR DEFENDANT,
FORD MOTOR COMPANY


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
6363 Woodway Drive, Suite 750
Houston, Texas 77057
(713) 785-7778
(713) 785-7780 Telecopier

By: _____ w/ permission
    David R. Tippetts    by JAR
    State Bar No. 20065250
    Federal I.D. No. 13836

ATTORNEYS FOR DEFENDANT TRW, INC.